JUNIPER NETWORKS, INC., Plaintiff–Appellant,

v.

ALTITUDE CAPITAL PARTNERS, L.P. and Security Research Holdings, LLC, Defendants–Appellees.

Juniper Networks, Inc., Plaintiff–Appellee,

v.

Altitude Capital Partners, L.P. and Security Research Holdings, LLC, Defendants–Appellants.

Nos. 2011–1418, 2011–1468.

United States Court of Appeals, Federal Circuit.

Sept. 1, 2011.

Andrew T. Oliver, Kilpatrick Townsend & Stockton LLP, Palo Alto, CA, for Defendants–Appellees.

Alan J. Heinrich, Irell & Manella LLP, Los Angeles, CA, for Plaintiff–Appellant.

## ON MOTION

### ORDER

Altitude Capital Partners, L.P. and Security Research Holdings, LLC move without opposition to withdraw their cross-appeal no. 2011–1468.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2011–1468 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs in 2011–1468.

(3) The revised official caption for 2011–1418 is reflected above.

(4) The stay of the briefing schedule is lifted. Juniper Network, Inc.'s opening brief in 2011–1418 is due within 21 days of the date of filing of this order.

(2) The motion for an extension of time is granted. Ramey's brief is due within 45 days of the date of filing of this order.